=

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE SHELDON JERCICH,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>Defendants. | No. 1:18-cv-00032-LJO-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING DEFENDANTS' MOTION TO DISMISS WITH LEAVE TO AMEND EIGHTH AMENDMENT MEDICAL CARE CLAIM REGARIDNG THE ALLEGED FAILURE TO CONDUCT A CONCUSSION EXAMINATION<br><br>(ECF Nos. 46, 47)<br><br>**THIRTY (30) DAY DEADLINE** |

Plaintiff, George Sheldon Jercich, is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 18, 2019, the assigned magistrate judge entered findings and recommendations recommending that Defendants' motion to dismiss (ECF Nos. 46, 47) be granted; that Plaintiffs' claims against Defendants CDCR, Alfaro, Kernan, Sullivan, Ortega, Zoolinger, Wood, Cimental, Hill, Owolabi, Yaplee, and Triangle Eye Institute be dismissed with prejudice; that Plaintiff's due process claim against Defendant Smith for failure to properly process or respond to grievances be dismissed with prejudice; and that Plaintiff be granted leave to amend his Eighth Amendment medical care claim regarding the alleged failure to conduct a concussion examination. (ECF No. 52.) The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within thirty (30) days after service. (*Id.*) Plaintiff timely filed objections, which were received by the Court on August 20, 2019. (ECF No. 53.)

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a de novo review of this case. Having carefully reviewed the entire file, including plaintiff's objections, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations entered on July 18, 2019 (ECF No. 52) are adopted in full;
2. Defendants' motions to dismiss (ECF Nos. 46, 47) are GRANTED.
3. Plaintiff's claims against Defendants California Department of Corrections and Rehabilitation, Alfaro, Kernan, Sullivan, Ortega, Zollinger, Wood, Cimental, Hill, Owolabi, Yaplee, and Triangle Eye Institute are DISMISSED WITH PREJUDICE;
4. Plaintiff's due process claim against Defendant Smith for failure to properly process or respond to grievances is DISMISSED WITH PREJUDICE;
5. Plaintiff is granted leave to amend his Eighth Amendment medical care claim regarding the alleged failure to conduct a concussion examination. If Plaintiff chooses to amend this claim, he must file his amended complaint within thirty (30) days of the date of this order. Plaintiff shall caption the amended complaint "Fourth Amended Complaint" and refer to the case number 1:18-cv-00032-LJO-EPG;
6. The Clerk's Office shall send Plaintiff a civil rights complaint form;
7. There will be **no further opportunities to amend**;
8. **Failure to comply with this order may result in the dismissal of this action**; and
9. This action is referred back to the magistrate judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated: **August 27, 2019**     /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE